FILED'09 DEC 01 14:11 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-368-HA |
| v. | ORDER DISMISSING INDICTMENT |
| JUAN MANUEL IZGUERRA-ROBLES, | [RULE 48(a), Fed. R. Crim. P.] |
| Defendant. | |

This matter, having come before the court on the government's motion to dismiss indictment pursuant to Rule 48(a), Fed. R. Crim. P., and the court being fully advised;

IT IS HEREBY ORDERED that the indictment in the above captioned matter is **DISMISSED**;

Dated this ___1___ day of December 2009.

*[signature]*
ANCER L. HAGGERTY
United States District Judge

Presented by:

KENT S. ROBINSON
Acting United States Attorney
District of Oregon

*[signature: John C. Laing]*

JOHN C. LAING
Assistant United States Attorney